UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

GREGORY CARTER,

Defendant.

18 Cr. 390 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received the application for compassionate release filed on behalf of defendant Gregory Carter. Dkt. 447. The Court directs the Government to respond by the end of Wednesday, June 3, 2020.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: May 30, 2020
     New York, New York