UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -v- | 18-CR-390-10 (PAE) |
| GREGORY CARTER, | ORDER |
| Defendant. | |

PAUL A. ENGELMAYER, District Judge:

On December 4, 2020, defendant Gregory Carter filed a *pro se* motion for compassionate release. Dkt. 520. The Court reappoints Mr. Carter's CJA counsel, Natali J.H. Todd, Esq., for the limited purpose of writing a memorandum of law in support of Mr. Carter's motion for compassionate release. That memorandum of law is due January 7, 2021. The Government's opposition is due January 15, 2021.

The Court directs Mr. Carter's counsel to mail a copy of this order to Mr. Carter.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: December 7, 2020
       New York, New York