UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | 18-CR-390-10 (PAE) |
| -v- | ORDER |
| GREGORY CARTER, | |
| Defendant. | |

PAUL A. ENGELMAYER, District Judge:

The Court has received the attached letter, dated January 14, 2021, from Mr. Carter in support of his renewed application for compassionate release. The Court denied that motion for reconsideration on January 25, 2021. Dkt. 528.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: February 18, 2021
    New York, New York

**18-CR-390-10**
**D&F**

Date : January 14th, 2021

From : Gregory Carter
Fed.Reg.No.# 85784-054
Unit 5852 (RDAP)
Federal Correctional Institution
Fort Dix
P.O. Box 2000
Joint Base MDL, NJ 08640

To : Honorable Chambers of
U.S. District Judge
Paul A. Engelmayer
Thurgood Marshall United States Courthouse
40 Foley Square Room #1305
New York, NY 10007

Dear Judge Engelmayer;

    I am writing your Honorable Chambers with great concern for my health and life and wanted to inform you of the harsh living conditions on the compound and in the building upon which i'm facing.

    The compound here at FCI Fort Dix presently has COVID-19 cases which have tripled over and are not at 586 cases on the West-side where my person is being housed. The East-side of the compound numbers are unknown and every building are locked down due to the spread of this virus.

    My greatest concern and reason that i'm writing you is the building in which i'm housed at unit 5852 (RDAP) has 5 inmates who have tested positive on January 02, 2021 and i've wrote to the court and expressed this and my concern. As of today, 91 peers in the RDAP building has tested positive for COVID-19, we have no cleaning supplies at all, and everything that i'm stating to you your Honor i've expressed to counsel as well Ms.Todd. I asked that you please grant my motion and suspend the rest of my sentence on to modify it whereas I could complete it upon supervised release and to release me to home confinement where I could also be monitored by the provation officer and courts inorder to save my life and health. I know I was not sentenced to die and I do fear for my life and health in these grave uncontrollable circumstances.

    Thank you very much for your time and consideration upon this very important matter.

                                        Respectfully submitted,
                                  By; *Gregory Carter*
                                  GREGORY CARTER, INMATE #85784-054.

## CERTIFICATE OF SERVICE

I, GREGORY CARTER, acting pro-se litigant in accordance with 28 U.S.C. § 1746 under the pains and penalty of perjury without the United States does hereby certify that I served this Letter For Compassioante Release to the Honorable Chambers of United States District Judge Paul A. Engelmayer at the Thurgood Marshall United States Courthouse, 40 Foley Square Room # 1305, New York, NY 10007 by the United States Postal prepaid mailing service on this 14th day of January, 2021.

Respectfully submitted,

By: *Gregory Carter*

GREGORY CARTER, ACTING PRO-SE
FED.REG.NO.# 85784-054
UNIT 5852 (RDAP)
FEDERAL CORRECTIONAL INSTITUTION
FORT DIX
P.O. BOX 2000
JOINT BASE MDL, NJ 08640.

GREGORY CARTER
FED. REG. NO. # 8578-054
UNIT 5852 (RDAP)
FEDERAL CORRECTIONAL INSTITUTION
FORT DIX
P.O. BOX 2000
JOINT BASE MDL, NJ 08640

28 U.S.C. § 1746 LEGAL MAIL !

TRENTON NJ 085
15 JAN 2021 PM 5 L



ATTN: HONORABLE CHAMBERS OF
U.S. DISTRICT JUDGE
PAUL A. ENGELMAYER
THURGOOD MARSHALL U.S. COURTHOUSE
40 FOLEY SQUARE ROOM # 1305
NEW YORK, NY 10007