UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>GREGORY CARTER,<br><br>　　　　　　　　　Defendant. | 18-CR-390-10 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received the attached letter from Gregory Carter, which appears to seek relief relating to the interplay of state-court warrants and his eligibility for the Bureau of Prisons' RDAP program. The Court would welcome the assistance of Mr. Carter's attorney, Natali Todd, Esq., in addressing this issue on his behalf, including identifying for the Court with specificity any relief that Mr. Carter seeks from the Court.

　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　PAUL A. ENGELMAYER
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: February 18, 2021
　　　　New York, New York

**18-CR-390-10**
**D&F**

Gregory Carter
85784-054
fci fort Dix
P.O. Box 2000
Joint Base MDL, New Jersey 08640

RECEIVED 2021 JAN -8 AM 9:08 CLERK'S OFFICE U.S. COURT OF APPEALS

Date: January. 2. 2021

Judge. Paul A. Engelmayer
U.S. District Judge.

RE: U.S-v- Carter
18-CR-390-10 (PAE)

Dear Judge Paul A. Engelmayer
My letter have are of great concern in Relating To my Motion for Re-consideration As To The Compassionate Release As well as The present Appointed Defense counsel, Ms. Natali Todd for the following Reason:

Your honor; As To The Matter of my Compassionate Release, I now move in this court for a stay of it's proceeding And Decisions until I have The opportunity. To have The open warrant Resolved in The State of New Haven, Connecticut Which bring Me To The issues of my concerns with Defense counsel Ms. Todd

I have Express with Ms.Todd about my mother Traveling To New haven, Connecticut on Multiple occasions Trying Resolve The warrants when my mother was conversing with the officer he was expressing about how The warrant are not serious And why haven't mr. Carter lawyer have not contact us before mr. Carter was sentence all while he been in prison. due To The Fact I Can't Get The year from The RdAP program I completed Ten months Ago and As well as My unit Team manager putting ME in for half way house. I was never Ask about my work Release Plan from Ms.Todd I did Express To her about if I'am Granted Compassionate Release. I would like To Move To Connecticut To help my son Jasiah Carter So he's able To Recieve The Treatment he need for his Autism being My fiancee work long hour in the Hospital. Ms.Todd show know interest in Trying To help with my warrants. I also Express To her about The situation on this Compound in fort Dix how on the westside of the Compound there is four hundred And fifty cases And on the EAstside of the Compound Every unit is shut down due To The Covid-19 As of January 2.2021 I also Express To Ms.Todd my unit The R-DAP Building have shutdown At 3:00 pm 3 peers Tested positive that They know of please mr. Engelmayer The Conditions on the Compound are very harsh And STAFF

Here are very inconsisted Here This is The Second Time The R-DAP Building have To shut down because They bring peers from The Buildings That are shut down from The covid-19 Then bring Them To R-DAP putting The Rest of The peers At Risk which is not fear Sir. I've also Expressed To ms. Todd how The Doctor here mr. Sood Tell me I need To lose weight And when Doctor Ms. Chinwalla Tell him To put me on a Diabetic Medication he Tell me To starve myself To lose weight Knowing if I Contract The virus I won't be in good Condition because it's no way To Social Distance in This unit all in The Compound. Mr. Engelmayer I ask please Give me a chance in being there for my son who Really need Me There To Help with his Treatment.    Thank you

Respeatfully submitted
Gregory Cort

```
FTDAU              *         INMATE EDUCATION DATA          *     12-10-2020
PAGE 001 OF 001 *                 TRANSCRIPT                *     07:41:04

REGISTER NO: 85784-054    NAME..: CARTER                      FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: FTD-FORT DIX FCI

---------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP DATE/TIME
FTD  ESL HAS    ENGLISH PROFICIENT            05-02-2019 0907 CURRENT
FTD  GED SAT    GED PROGRESS SATISFACTORY     01-03-2020 1530 CURRENT

---------------------------- EDUCATION COURSES ------------------------------
SUB-FACL   DESCRIPTION                        START DATE  STOP DATE EVNT AC LV  HRS
FTD RDAP   BASIC GED,M-F,2:00-3:30, RM215 05-11-2019 CURRENT
FTD RDAP   COMMERCIAL DRIVER LICENSE 2 -W 01-30-2020 CURRENT

---------------------------- HIGH TEST SCORES -------------------------------
TEST          SUBTEST       SCORE    TEST DATE      TEST FACL   FORM     STATE
GED READY     MATH          139.0    10-01-2020     FTD         MA_RE    DC
              RLA           136.0    10-01-2020     FTD         LA_RC    DC
              SCIENCE       153.0    10-01-2020     FTD         SC_RD    DC
              SOC STUDY     128.0    10-01-2020     FTD         SS_RC    DC
TABE D        BATTERY         3.0    05-10-2019     FTD         .10
              LANGUAGE        2.2    05-10-2019     FTD         10
              MATH APPL       4.4    05-10-2019     FTD         10
              MATH COMP       1.2    05-10-2019     FTD         10
              READING         6.3    05-10-2019     FTD         10
              TOTAL MATH      2.4    05-10-2019     FTD         10


G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

```
REGISTER NO: 85784-054    NAME..: CARTER                  FUNC: PRT
FORMAT.....: TESTS        RSP OF: FTD-FORT DIX FCI

TEST DATE      TEST        SUBTEST       SCORE    TEST FACL    FORM     STATE
10-01-2020     GED READY   RLA           136.0    FTD          LA_RC    DC
                           SCIENCE       153.0    FTD          SC_RD    DC
                           MATH          139.0    FTD          MA_RE    DC
                           SOC STUDY     128.0    FTD          SS_RC    DC
05-10-2019     TABE D      READING         6.3    FTD          10
                           MATH COMP       1.2    FTD          10
                           MATH APPL       4.4    FTD          10
                           LANGUAGE        2.2    FTD          10
                           TOTAL MATH      2.4    FTD          10
                           BATTERY         3.0    FTD          10




G0000          TRANSACTION SUCCESSFULLY COMPLETED
```

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| MS. Bagalioki | 12-22-2020 |
| FROM: Gregory carter | REGISTER NO.: 85784-054 |
| WORK ASSIGNMENT: NONE | UNIT: 5852 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

my Request is for my disciplinary Records.

(Do not write below this line)

DISPOSITION:

Disciplinary data does not exist

Signature Staff Member           Date 12-23-2020

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

Printed on Recycled Paper

EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY

DATE: DECEMBER 15, 2020

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      FORT DIX FCI

TO  : GREGORY CARTER, 85784-054
      FORT DIX FCI    UNT: UNIT RDAP    QTR: S01-401L

ADDITIONAL TIME IS NEEDED TO RESPOND TO THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.

REMEDY ID       : 1055100-F1
DATE RECEIVED   : NOVEMBER 3, 2020
RESPONSE DUE    : DECEMBER 13, 2020
SUBJECT 1       : REDUCTION-IN-SENTENCE REQUEST
SUBJECT 2       :

Gregory Carter 85784-054
FCI Fort Dix
P.O. Box 2000
Joint Base MDL, New Jersey 08640

Thurgood Marshall United Sta[tes]
40 Foley Square Room 130
New York, NY 10007