UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>GREGORY CARTER,<br><br>                    Defendant. | 18-CR-390-10 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Clerk of Court is respectfully directed to mail copies of the Court's orders at dockets 532 and 533 to Mr. Carter.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: February 19, 2021
       New York, New York