UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>GREGORY CARTER,<br><br>Defendant. | 18-CR-390-10 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received the defendant's letter, dated January 24, 2022, at Dkt. No. 567. The Court directs the Government to confer with the Probation Department and to set forth its views in a letter to be filed by Friday, February 4, 2022. The letter should address whether, in the event that a change of Mr. Carter's residence is approved, Mr. Carter's term of supervised release should thereafter be overseen by the Probation Department in this or another District.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: January 28, 2022
      New York, New York