UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

GREGORY CARTER,

Defendant.

18-CR-390-10 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court appreciates the Government's constructive response (Dkt. No. 569). Mr. Carter is at liberty to request a transfer to Connecticut. To do so, he is to follow the procedure set in the Government's letter. Upon request from Mr. Carter, the Court is prepared to appoint counsel to assist him with that request. The Clerk of Court is requested to mail a copy of this order to Mr. Gregory at the address below:

Gregory Carter
Register No. 85784-054
2534 Creston Ave.
Bronx NY, 10468

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: February 2, 2022
        New York, New York